IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 19-00265-01-CR-W-BP |
| JAMAL C. FRANKLIN, | ) | |
| Defendant. | ) | |

## O R D E R

On August 26, 2019, Defendant was ordered to undergo a competency evaluation. (Doc. 17.) Defendant was examined by Tiffany K. Smith, Psy.D., Forensic Psychologist. It is the opinion of Dr. Smith that Defendant is competent to proceed. (Doc. 25.) During a hearing held before United States Magistrate Judge John T. Maughmer on March 4, 2020, Defendant and the Government stipulated to Dr. Smith's report and no other evidence was offered. (*See* Doc. 27.) Thereafter, Judge Maughmer issued a Report recommending that the Court find that Defendant is competent to proceed. (Doc. 28.) No party objected to the Report and Recommendation, and the time for doing so has passed. Accordingly, after reviewing the Record (including Dr. Smith's report), it is

ORDERED that the Report and Recommendation of Judge Maughmer is adopted in its entirety, and this Court finds that Defendant is competent.

**IT IS SO ORDERED.**

    /s/Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: March _19_, 2019    UNITED STATES DISTRICT COURT